BEFORE THE THIRD DIVISION, MARCH 19, 1963

No. 67519.—L. Batlin & Son, Inc. *v.* United States, protest 61/18344 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

No. 67520.—Van Oppen & Co., Inc. *v.* United States, protest 62/12169 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, MARCH 20, 1963

No. 67521.—Service Cycle Supply Corp. *v.* United States, protest 58/11469 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.